IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYMAN STRICKLAND,

Plaintiff, No. CIV S-04-2334 KJM

vs.

CITY OF STOCKTON, et al.,

Defendants. ORDER

_____________________________/

A status conference was held in this matter on May 25, 2005 before the undersigned. Miles Washington appeared for plaintiff. Shelley Green appeared for defendants. Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. Expert witnesses shall be disclosed no later than December 7, 2005.

2. Discovery, including the hearing of discovery motions, shall be completed by January 18, 2006. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

3. Dispositive motions, other than discovery motions, shall be noticed to be heard by March 22, 2006.

/////

4. The pretrial conference is set for May 17, 2006 at 11:00 a.m. before the undersigned. Pretrial statements shall be filed in accordance with Local Rule 16-281.

5. Trial of this matter is set for August 14, 2006 at 10:00 a.m. before the undersigned. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: May 26, 2005.

UNITED STATES MAGISTRATE JUDGE

006
strickland.oas