IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYMAN STRICKLAND,

    Plaintiff,                       No. CIV S-04-2334 KJM

    vs.

CITY OF STOCKTON, et al.,

    Defendants.               <u>ORDER</u>

                                  /

        The parties have requested modification of the pretrial scheduling order.  Upon review of the proposed dates and the court's calendar, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

        1.  Expert witnesses shall have been disclosed no later than March 7, 2006.

        2.  Discovery, including the hearing of discovery motions, shall be completed by April 19, 2006.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

        3.  Dispositive motions, other than discovery motions, shall be noticed to be heard by June 21, 2006.

        4.  The pretrial conference is set for September 13, 2006 at 11:00 a.m. before the undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

1    5. Trial of this matter is set for January 8, 2007 before the undersigned.  The
2 parties shall file trial briefs in accordance with Local Rule 16-285.
3 DATED:  April 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
strickland.oas-rev