IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYMAN STRICKLAND,

    Plaintiff,                      No. CIV S-04-2334 KJM

    vs.

CITY OF STOCKTON, et al.,

    Defendants.             ORDER

_____/

        Calendared for hearing on June 14, 2006 is defendants' motion for summary judgment. No opposition to the motion has been filed.

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

/////

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1. The hearing date of June 14, 2006 is vacated. Hearing on defendants' motion is continued to June 28, 2006 at 10:00 a.m. in courtroom no. 26.

4     2. Plaintiff shall file opposition, if any, to the motion no later than June 14, 2006. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
strickland.nop