IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYMAN STRICKLAND,

    Plaintiff,                No. CIV S-04-2334 KJM

    vs.

CITY OF STOCKTON, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Calendared for hearing on June 28, 2006 is defendants' motion for summary judgment. Plaintiff has filed a statement of no opposition to the motion. It is not clear from plaintiff's statement whether he intends dismissal of the entire action or whether he intends to pursue this action against the non-moving defendants, who have yet to appear.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Hearing on defendant's motion for summary judgment is vacated.

        2. Within ten days from the date this order is filed, plaintiff shall file a statement indicating whether dismissal should be entered on the entire action.

DATED: June 16, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

006 strickland.dis

1