IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYMAN STRICKLAND,

    Plaintiff,

vs.

CITY OF STOCKTON, et al.,

    Defendants.

No. CIV S-04-2334 KJM

ORDER

    As provided by the stipulation of the parties, IT IS HEREBY ORDERED this action is dismissed with prejudice.

DATED: June 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006 strickland2.dis